VERONICA L. MARQUAND *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT

The plaintiff's petition for certification for appeal from the Appellate Court, 124 Conn. App. 75 (AC 31347), is denied.

*Veronica L. Marquand,* pro se, in support of the petition.

Decided March 23, 2011